AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
CLERK, U.S. DISTRICT COURT
11/08/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

United States of America
v.

Kenneth Matthew ADAME

*Defendant*

Case No. MJ 21-1596

5:21-mj-00668

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Kenneth Matthew ADAME    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☑ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

   18 USC 751(a) Escape from Custody

Date:     10/26/2021

*Issuing officer's signature*
GREGORY B. WORMUTH
U.S. MAGISTRATE JUDGE

*Printed name and title*

City and state:     Las Cruces, NM

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____        *Arresting officer's signature*  _____ |
|         *Printed name and title* _____ |